1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  KAREN WEBB

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| KAREN WEBB, | ) | **Case No.: 3:13-cv-00285-GPC-KSC** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ADMIN RECOVERY, LLC. | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

KAREN WEBB (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ADMIN RECOVERY, LLC., (Defendant), in this case.

DATED: September 12, 2013         RESPECTFULLY SUBMITTED,

                                  KROHN & MOSS, LTD.

                                  By:  /s/ Ryan Lee

                                  Ryan Lee
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 405
                                  Los Angeles, CA 90025
                                  Tel: 323-988-2400 x241
                                  Fax: 866-829-5083
                                  rlee@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

John P. Touhey
General Counsel
Admin Recovery, LLC
9159 Main St.
Clarence, NY 14031

By: /s/ Ryan Lee
Ryan Lee